IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oksana Babadzhanova,<br><br>            Plaintiff,<br>v.<br><br>Lightstone Solutions, LLC, William Papazian, Vartanin Papazian, ABC Corporation(s) I-X,<br><br>            Defendants. | _____<br><br>**No. CV16-03232-PHX DGC**<br><br>**ORDER** |

Upon joint stipulation of dismissal with prejudice. Doc. 39.

**IT IS ORDERED** that the joint stipulation of dismissal with prejudice (Doc. 39) is **granted.** This action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 28th day of November, 2017.

_____
David G. Campbell
United States District Judge